# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: LEVAQUIN PRODUCTS LIABILITY
LITIGATION**

MDL No. 1943

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO–69)

On June 13, 2008, the Panel transferred 7 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 560 F.Supp.2d 1384 (J.P.M.L. 2008). Since that time, 233 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R Tunheim.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of June 13, 2008, and, with the consent of that court, assigned to the Honorable John R Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: LEVAQUIN PRODUCTS LIABILITY
LITIGATION**                                                     MDL No. 1943

### SCHEDULE CTO–69 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|----------|----------|-------------|------------------|

ILLINOIS SOUTHERN

| | | | |
|------|---|----------|-----------------------------------------|
| ILS | 3 | 11–00790 | Lynch et al v. Johnson &Johnson et al |
| ILS | 3 | 11–00792 | Thomas et al v. Johnson &Johnson et al |
| ILS | 3 | 11–00793 | Bittner et al v. Johnson &Johnson et al |
| ILS | 3 | 11–00794 | Schlitz et al v. Johnson &Johnson et al |
| ILS | 3 | 11–00795 | Vaughn et al v. Johnson &Johnson et al |